IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AAMIR SALADIN RUSHDAN,** <br><br> Plaintiff, <br><br> v. <br><br> **YASSER MANSOUR,** <br><br> Defendant. | Case No. 2:24-cv-2183 CSK P <br><br> ~~[PROPOSED]~~ ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. On March 7, 2025, defendant filed a motion to opt out of the referral to the Court's Post-Screening Early ADR ("Alternative Dispute Resolution"). (ECF No. 17.) After reviewing defendant's request, and good cause appearing, defendant's motion (ECF No. 17) is granted. Defendant shall file a responsive pleading within thirty days from the date of this order.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's request to opt-out of this Court's Alternate Dispute Resolution (ECF No. 17) is granted.

2. The stay of this action (ECF No. 16) is lifted.

///

3. Defendant shall file a responsive pleading within thirty days from the date of this order.

Dated: March 11, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/rush2183.opt.out